Puritan Pure Food Company and Hazlitt A. Cuppy, Respondents, v. Stollwerck Brothers, Incorporated, and Others, Appellants, Impleaded with Albert N. Stollwerck, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Louis Ettlinger, Respondent, v. Theodore Kruger, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Anna Meyer, as Administratrix, etc., Appellant, v. George Gordon Battle and H. Snowden Marshall, etc., Attorneys and Counselors at Law, etc., Respondents.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

The Snare & Triest Company, Appellant, v. The City of New York, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Julia Wendling, Respondent, v. William Wendling, etc., Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Patrick J. Carlin, as Receiver of P. J. Carlin & Company, Appellant, v. The City of New York, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Wilhelmina Von Haus, Respondent, v. Ullman B. Soule, Appellant.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Hyman Epstein, Appellant, v. Anton D. Dimon, Respondent.—Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Mamie Stevens, as Administratrix, etc., Appellant, v. Stanton Construction Company, Respondent.— Order reversed, with costs, motion to set aside verdict and for new trial denied and verdict reinstated. No opinion. Order to be settled on notice. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Charles Frank Seidak, Respondent, v. The Foundation Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Bertha Westbrook Reid, Respondent, v. Albert Plaut, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Michael J. Burke, Respondent, v. George W. Linch, as Receiver of the Second Avenue Railroad Company, Appellant. Michael Burke, an Infant, by Michael J. Burke, His Guardian ad Litem, Respondent, v. George W. Linch, as Receiver of the Second Avenue Railroad Company, Appellant. — In each case judgment and order reversed and new trial ordered, with costs to appellant to abide the event, on the ground that the finding that the defendant was guilty of negligence and the person injured was free from contributory negligence was against the weight of evidence. No